**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DAVE W. SHINGLES, JR.**                                                     **PLAINTIFF**

**VS.**                                                     **NO. 3:21CV028-SA-JMV**

**BRIAN ROSENBERG, Individually and**
**CITY OF SOUTHAVEN, MISSISSIPPI**                             **DEFENDANTS**

**STIPULATION OF VOLUNTARY DISMISSAL**

COMES NOW Plaintiff, Dave W. Shingles, Jr., by and through counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), and hereby voluntarily dismisses with prejudice all claims against Brian Rosenberg. The claims against Defendant City of Southaven, Mississippi, shall remain.

This the 14th day of January, 2022.

                                                     s/Van D. Turner, Jr. (MSB #101648)
                                                     *Attorney for Plaintiff Dave W. Shingles, Jr.*

                                                     Bruce Turner, PLLC
                                                     2650 Thousand Oaks Boulevard, Suite 2325
                                                     Memphis, TN 38118
                                                     (901) 290-6610 - phone
                                                     vturner@bruceturnerlaw.net

                                                     s/Berkley N. Huskison (MSB #9582)
                                                     *Attorney for Defendants Brian Rosenberg and City of Southaven, Mississippi*

                                                     Mitchell, McNutt & Sams, P.A.
                                                     Post Office Box 1366
                                                     Columbus, Mississippi 39703-1366
                                                     (662) 328-2316 - phone
                                                     (662) 328-8035 - facsimile
                                                     bhuskison@mitchellmcnutt.com

1269272